Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph: (630) 981-3888   Fax:  (630) 981-3896

In re:
RICHARD F KOPP JR

Case No. 07-23674                              RICHARD F KOPP JR
Account No.  0461                              1624 PARK AVENUE
                                               HANOVER PARK, IL  60133

JP MORGAN CHASE BANK NA                        DAVID FREYDIN LTD
PO BOX 182349 OH4 7133                         8707 SKOKIE BLVD #305
COLUMBUS, OH  43218                            SKOKIE, IL  60077

                                               JP MORGAN CHASE BANK NA
                                               PO BOX 182349 OH4 7133
                                               COLUMBUS, OH  43218


### NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1) Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2) Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.


The undersigned certifies that this notice was sent to the above named parties on  December 20, 2012 .


                                        /S/  Marifran Smith
                                   ─────────────────────────────────
                                   For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee